Philip A. Naughton, appellant, v. J. S. Bache et al., appellees. Gen. No. 38,534.

Opinion filed May 26, 1936.
Frank L. Hume, for appellant. Townley, Wild, Campbell & Clark, for appellees; Morris Townley, of counsel.
Mr. Justice Friend delivered the opinion of the court.